## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

|  |  |
|---|---|
| WILLIAM DIAZ ET ANO,<br><br>    PLAINTIFF<br>– vs. –<br><br>CITY OF NEW YORK ET AL,<br><br>    DEFENDANT | Index No: **08 CV 4391**<br>Date Filed: **05/09/2008**<br>Office No:<br>Court Date: |

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **05/15/2008** at **11:00AM** at **100 CHURCH STREET 4TH FL, NEW YORK, NY 10007**, I served a true copy of the **SUMMONS AND COMPLAINT JUDGES INDIVIDUALS PRACTICES ECF INSTRUCTIONS, PROCEDURES & GUIDELINES** upon **CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **AMANDA GONZALEZ, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BLACK** |
|---|---|---|
| APP. AGE: **45** | APP. HT: **5'3** | APP. WT: **120** |

OTHER IDENTIFYING FEATURES:

Sworn to before me on **05/16/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ZL