UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
WILLIAM DIAZ and DANIQUE LEWIS a/k/a
DARRYL SMITH,

                    Plaintiffs,                08 Civ. 4391 (DC)

       – against –

CITY OF NEW YORK; Commissioner MARTIN F. HORN;
Chief of Department CAROLYN THOMAS; Deputy
Commissioner RICHARD R. WHITE; Executive Officer
VINCENT CAPUTO; Chief of Facility Operations PATRICK
WALSH Officer BUDDY BUSH, Shield # 12945; Officer
TOBIAS PARKER, Shield # 4447; Officer SHAWN CORT,
Shield # 15418; Officer CALVIN DEVINE, Shield # 10955;
Captain MARK DANIELS, Shield # 522; Officer FRITZ
MONTREVIL, Shield # 12836; JASON MENDEZ,
Shield # 13891; Officers JOHN/JANE DOES # 1-5,

                    Defendants.
-------------------------------------------------------------- x

**WRIT OF HABEUS
CORPUS AD
TESTIFCANDUM**

USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #:
DATE FILED: 8/5/08

TO:
    ▸  DIRECTOR, FEDERAL BUREAU OF PRISONS
    ▸  WARDEN, METROPOLITAN CORRECTIONAL CENTER

GREETINGS:

        The Director of the Federal Bureau of Prisons and the Warden of the Metropolitan Correctional Center are hereby commanded to permit Wilfred van Gorp, Ph.D. and his assistant (either Ashley Gorman, Ph.D. or Steve Hoover) to enter the Metropolitan Correctional Center for the purposes of conducting a neuro-psychological examination upon WILLIAM DIAZ, Register Number: 70452054 (DOB: 4/19/77), now incarcerated in Metropolitan Correctional Center. Dr. van Gorp and his assistant shall be permitted to enter with psychological testing materials to conduct such examination. The examination shall be begin at 9:00 a.m. on Thursday, August 28, 2008, and shall be completed no later than 5:00 p.m.

During said examination WILLIAM DIAZ shall not be restrained by handcuffs, foot-shackles or any other restraints where medically appropriate or necessary. Upon completion of said examination, WILLIAM DIAZ shall be restrained in accordance with the policy of Federal Bureau of Prisons and the Metropolitan Correctional Center.

ALL OF THE ABOVE IS SO ORDERED.

HON. DENNY CHIN
UNITED STATES DISTRICT COURT

Dated: New York, New York
August 5, 2008